■ In the Matter of ALLSTATE INSURANCE COMPANY, Appellant, v VIVIAN PICCIARELLI, Respondent, and LISA SILVERMAN, Respondent. [617 NYS2d 649] —Motion by the respondent Lisa Silverman to dismiss an appeal from an order of the Supreme Court, Queens County (Leviss, J.), dated February 23, 1993.

Upon the papers filed in support of the motion and the papers filed in opposition; it is,

Ordered that the motion is denied as academic.

The appeal is decided herewith in the movant's favor. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.